AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia    9961932

S. MARSHAL-DC PM 12:13
RECEIVED NOV 8 '23

United States of America
v.

DONNIE WISE

*Defendant*

)  Case: 1:23-cr-00380
)  Assigned to: Judge Moss, Randolph D.
)  Assign Date: 11/7/2023
)  Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **DONNIE WISE**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Dectectable Amount of Cocaine Base
18 U.S.C. § 924(c)(1)(A)(i) - Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense

Date: 11/07/2023

2023.11.07
14:02:19 -05'00'

*Issuing officer's signature*

City and state:    Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/2023, and the person was arrested on *(date)* 11/14/2023
at *(city and state)* Washington D.C.

Date: 11/14/2023

*Arresting officer's signature*

Kenneth Keh    DUSM
*Printed name and title*